**2016–1352. State v. Lee.**
Richland App. No. 15 CA 52, 2016-Ohio-1045. Appellee's motion to strike and dismiss appeal denied as moot.